# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

In re:
ANGELA JANE-HOWEY SIMPSON,   CASE NO. 16-21964-dob
        Debtor   CHAPTER 7
           HON. OPPERMAN

_____/

## ANSWER TO MOTION TO DISMISS CASE UNDER 11 USC § 707(b)(3)

NOW COMES Debtor, ANGELA JANE-HOWEY SIMPSON, by and through her attorney, Cristie A. VanMassenhove, and answers the motion as follows:

1. Admit.
2. Admit.
3. Admit.
4. Admit in part and Denied as untrue in part.
5. Admit.
6. Admit.
7. Admit.
8. Admit that Debtor has a domestic support obligation of $1,000.00 per month, but deny the rest of the allegations in paragraph 8 as untrue. Said obligation will exceed 12 months as Debtor is currently in arrears. Further, Debtor has substantial student loans that will be coming out of forbearance and entering repayment. The student loan obligations are not dischargeable and after the domestic support obligation ends, the funds previously used to pay the domestic support obligation will be reallocated to pay Debtor's student loans.
9. Admit that Debtor's current student loan payment is $250.00 per month, but deny the rest of the allegations in paragraph 9 as untrue. Debtor's monthly student loan obligations will substantially increase once all of her loans are out of forbearance and in repayment.
10. Admit that at the time of filing Debtor had a second vehicle, but deny the rest of the allegations in paragraph 10 as untrue. Debtor was married at the time of filing and supported

her husband; therefore, a second vehicle was not unreasonable nor unnecessary. Debtor no longer has said obligation.

    11.    Denied as untrue. However, despite a Chapter 7 discharge, Debtor will still have substantial student loan debt.

    12.    Denied as untrue.

    THEREFORE, The Debtor respectfully requests this Honorable Court DENY the United States Trustee's motion.

Respectfully Submitted,

Dated: _January 3, 2017___      /s/Cristie A. VanMassenhove_____
CRISTIE A. VanMASSENHOVE (P72704)
Attorney for Debtor
KANE, FUNK & POCH, PC
421 S. Ripley Boulevard
Alpena, Michigan 49707
(989)356-2128
cristievanmassenhove@gmail.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In re:
ANGELA JANE-HOWEY SIMPSON,                    CASE NO. 16-21964-dob
       Debtor                                   CHAPTER 7
                                              HON. OPPERMAN

_____/

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 3, 2017, I served copies of Debtor's Answer To Motion To Dismiss Case Under 11 USC § 707(B)(3) on the Clerk of the Court through the Court's ECF filing system and as follows:

Daniel Himmelspach                      trusteehimmelspach@gmail.com,
                                                        dh@trustesolutions.net

Jill M. Gies
jill.gies@usdoj.gov                                jill.gies@usdoj.gov


                                                      Respectfully Submitted,

Dated: _January 3, 2017___           /s/Cristie A. VanMassenhove_____
                                                 CRISTIE A. VanMASSENHOVE (P72704)
                                                             Attorney for Debtor
                                                          KANE, FUNK & POCH, PC
                                                       421 S. Ripley Boulevard
                                                         Alpena, Michigan 49707
                                                             (989)356-2128
                                          cristievanmassenhove@gmail.com