UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 16-21964-dob |
| ANGELA JANE-HOWEY SIMPSON | CHAPTER 7 |
| Debtor. | |
| _____/ | |
| CRISTIE A. VanMASSENHOVE (P72704) | JILL M. GIES (P56345) |
| Attorney for Debtor | Attorney for the US Dept. of Justice |
| KANE, FUNK & POCH, PC | Office of the U.S. Trustee |
| 421 S. Ripley Boulevard | 211 West Fort St., Suite 700 |
| Alpena, Michigan 49707 | Detroit, MI 48226 |
| (989) 356-2128 | (313) 226-7913 |
| cristievanmassenhove@gmail.com | Jill.Gies@usdoj.gov |

_____/

**DEBTOR'S FIRST REQUESTED STIPULATION AND
ORDER TO ADJOURN TRUSTEE'S MOTION TO DISMISS**

NOW COME the parties, by and through their respective attorneys, and hereby stipulate and agree to adjourn the motion hearing on Trustee's Motion to Dismiss scheduled for Thursday, January 26, 2017 at 1:30 p.m. for the reason that Debtor had surgery and is still recovering. Due to the nature of the surgery, she is unable to travel and attend said hearing pursuant to the restrictions in place by her doctor. Therefore, for the aforesaid reason, the parties request that the Clerk of the Court reschedule the motion hearing on Trustee's Motion to Dismiss in this matter to Thursday, February 23, 2017 at 1:30 p.m.

DATED: January 25, 2017

/s/ Jill M. Gies
Jill M. Gies (P56345)
Attorney for the US Dept. of Justice
Office of the U.S. Trustee

DATED: January 25, 2017

/s/ Cristie A. VanMassenhove
Cristie A. VanMassenhove (P72704)
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| IN RE:<br>ANGELA JANE-HOWEY SIMPSON<br>                Debtor.<br>_____/ | CASE NO. 16-21964-dob<br>CHAPTER 7 |
| CRISTIE A. VanMASSENHOVE (P72704)<br>Attorney for Debtor<br>KANE, FUNK & POCH, PC<br>421 S. Ripley Boulevard<br>Alpena, Michigan 49707<br>(989) 356-2128<br>cristievanmassenhove@gmail.com | JILL M. GIES (P56345)<br>Attorney for the US Dept. of Justice<br>Office of the U.S. Trustee<br>211 West Fort St., Suite 700<br>Detroit, MI 48226<br>(313) 226-7913<br>Jill.Gies@usdoj.gov |

_____/

## ORDER TO ADJOURN

PRESENT: HONORABLE DANIEL S. OPPERMAN

THIS MATTER having come before the Court on stipulation of the parties, and the Court being otherwise fully advised in the premises;

NOW THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that the motion hearing on the Trustee's Motion to Dismiss scheduled in the above captioned cause for Thursday, January 26, 2017 at 1:30 p.m. is hereby adjourned to Thursday, February 23, 2017 at 1:30 p.m. or as soon as counsel may be heard.

Exhibit A