# United States Bankruptcy Court
## Eastern District of Michigan

In re **Angela Jane-Howey Simpson**     Case No. **16-21964**
Debtor(s)     Chapter **7**

# MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

Pursuant to 11 U.S.C. § 706, the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1. On **November 6, 2016**, the above-named Debtor(s) filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code.

2. This case has not been previously converted under 11 U.S.C. § 1112, § 1208, or § 1307.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 7 to Chapter 13 of the Bankruptcy Code.

Date **February 22, 2017**     Signature **/s/ Angela Jane-Howey Simpson**
**Angela Jane-Howey Simpson**
Debtor

Attorney **/s/ Cristie A. VanMassenhove**
**Cristie A. VanMassenhove**

**Kane, Funk & Poch, PC**
**421 S. Ripley Blvd.**
**Alpena, MI 49707**
**989-356-2128**
**Fax: 989-356-3020**
**CristieVanMassenhove@gmail.com**