UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

ANGELA JANE-HOWEY SIMPSON

Chapter: 7
Case No.: 16-21964-dob

Debtor.
_____/

**NOTICE OF MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13**

The Debtor, ANGELA JANE-HOWEY SIMPSON, has filed papers with the court to convert the case from a Chapter 7 to Chapter 13.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to convert this case from a Chapter 7 to Chapter 13, or if you want the court to consider your views on the motion, within 21 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[i]

    • United States Bankruptcy Court, 111 First Street, Bay City, Michigan 48708

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. All attorneys are required to file pleadings electronically.

2. You must also mail a copy to:

    • Cristie A. VanMassenhove, 421 S. Ripley Blvd., Alpena, Michigan 49707

    • Daniel Himmelspach, P.O. Box 5856, Saginaw, MI 48603-0856

If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated: February 22, 2017

/s/Cristie A. VanMassenhove
CRISTIE A. VANMASSENHOVE (P72704)
KANE, FUNK & POCH, P.C.
421 S. Ripley Boulevard
Alpena, MI 49707
(989) 356-2128
CristieVanMassenhove@gmail.com

---

[i] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)