UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

ANGELA JANE-HOWEY SIMPSON

Chapter: 7
Case No.: 16-21964-dob

Debtor.
_____/

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 22nd day of February 2017, a Motion to Convert Case from Chapter 7 to Chapter 13, Proposed Order, Notice of Motion and Opportunity to Object, and this Certificate of Service, was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter, being:

Daniel Himmelspach

trusteehimmelspach@gmail.com,
dh@trustesolutions.net

Jill M. Gies (UST)
on behalf of U.S. Trustee Daniel M. McDermott

jill.gies@usdoj.gov

and paper copies will be sent:

| | | |
|---|---|---|
| AAA Insurance<br>1 Auto Club Drive<br>Dearborn, MI 48126 | Alpena Alcona Area Credit Union<br>1100 S Bagley St<br>Alpena, MI 49707 | Alpena OB/GYN<br>1501 West Chisholm St.<br>Alpena, MI 49707 |
| Alpena Regional Medical Center<br>1501 West Chisholm St.<br>Alpena, MI 49707 | Amex<br>Correspondence<br>Po Box 981540<br>El Paso, TX 79998 | Bank Of America<br>Nc4-105-03-14<br>Po Box 26012<br>Greensboro, NC 27410 |
| Bay View OB/GYN<br>560 W Mitchell St Ste 210<br>Petoskey, MI 49770 | Beaumont Hospital<br>44201 Dequindre Rd<br>Troy, MI 48085 | Capital One<br>Po Box 30285<br>Salt Lake City, UT 84130 |
| Case Western Rsrv Univ<br>10900 Euclid Ave Rm 401<br>Cleveland, OH 44106 | CBCS<br>PO Box 16333<br>Columbus, OH 43216 | CBM Services Inc.<br>Po Box 551<br>Midland, MI 48640 |
| Central Credit Services<br>9550 Regency Square Blvd<br>Ste 500<br>Jacksonville, FL 32225 | Chater Communications<br>8413 Excelsior Dr., Ste 120<br>Madison, WI 53717-1970 | Citibank/The Home Depot<br>Citicorp/Centralized Bankruptcy<br>Po Box 790040<br>St. Louis, MO 63129 |

Client Financial Services of MI
L-3725
Columbus, OH 43260-3725

Comenity Bank/Peebles
Po Box 182125
Columbus, OH 43218

Computer Credit, Inc.
PO Box 5238
Winston Salem, NC 27113-5238

Convergent
800 SW 39th St.
PO Box 9004
Renton, WA 98057

Country Living
PO Box 6093
Harlan, IA 51593

Credit Collection Services
PO Box 55126
Boston, MA 02205-5126

Dept Of Ed/Navient
Attn: Claims Dept
Po Box 9400
Wilkes Barr, PA 18773

DirecTV
PO Box 5007
Carol Stream, IL 60197

Dish Network
PO Box 94063
Palatine, IL 60094-4063

Ear, Nose, and Throat
1501 West Chisholm St.
Alpena, MI 49707

Empi, Inc
599 Cardigan Rd
Saint Paul, MN 55126

Exede
P.O. Box 4427
Englewood, CO 80155

First Credit, Inc.
PO Box 630838
Cincinnati, OH 45263-0838

Home Depot
PO Box 78011
Phoenix, AZ 85062-8011

James and LuAnn Gaasch
PO Box 275
Alpena, MI 49707

Jewell's Disposal Service
9328 Salina Road
Posen, MI 49776

Keybank, Na
Po Box 94518
Cleveland, OH 44101

Kohls/Capital One
Po Box 3120
Milwaukee, WI 53201

Lending Club Corp
71 Stevenson St
Suite 300
San Francisco, CA 94105

McLaren Medical Center
125 S Main St
Cheboygan, MI 49721

Navient
Attn: Claims Dept
Po Box 9500
Wilkes-Barr, PA 18773

Northern Imaging Associates, PC
PO Box 5671
Saginaw, MI 48603-0617

Ocwen Loan Servicing Llc
Attn: Research Dept
1661 Worthington Rd Ste 100
West Palm Beach, FL 33409

Otsego Memorial Hospital
825 N Center Ave.
Gaylord, MI 49735

PayPal Credit
PO Box 105658
Atlanta, GA 30348-5658

PIE&G
19831 M68 Hwy.
PO Box 308
Onaway, MI 49765

Sallie Mae
Attn: Navient
Po Box 9500
Wilkes-Barr, PA 18873

Sunrise Side Dental
3448 US-23 South
Alpena, MI 49707

Synchrony Bank/ JC Penneys
Po Box 965064
Orlando, FL 32896

Synchrony Bank/ Old Navy
Po Box 965064
Orlando, FL 32896

Synchrony Bank/Care Credit
Po Box 965064
Orlando, FL 32896

Synchrony Bank/Lowes
Po Box 965064
Orlando, FL 32896

Synchrony Bank/Walmart
Po Box 965064
Orlando, FL 32896

| | | |
|---|---|---|
| Transworld Systems, Inc.<br>2135 E. Primrose, Suite Q<br>Springfield, MO 65804 | University Accounting Serv, LLC<br>100 S. Owasso Blvd. W<br>Saint Paul, MN 55117 | US Dept of Education<br>Attn: Bankruptcy<br>Po Box 16448<br>Saint Paul, MN 55116 |

Xceed Financial FCU
888 Nash St
El Segundo, CA 90245

  /s/Cristie A. VanMassenhove
CRISTIE A. VANMASSENHOVE(P72704)
Attorney for Debtor
KANE, FUNK & POCH, P.C.
421 S. Ripley Boulevard
Alpena, MI 49707
(989) 356-2128
CristieVanMassenhove@gmail.com