UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

In re:                                                           Case No. 16-21964-dob

**Angela Jane-Howey Simpson,**                                   Chapter 7

    Debtor.                                   Hon. Daniel S. Opperman
_____/

# STIPULATION FOR ENTRY
# OF ORDER CONVERTING CASE TO A CHAPTER 13

This is the stipulation of the United States Trustee and the Debtor, through their respective counsel, for the entry of an Order a converting this case to a case under Chapter 13. A copy of the proposed Order is attached.

| | |
|---|---|
| **DANIEL M. McDERMOTT**<br>**UNITED STATES TRUSTEE**<br>Region 9 | **KANE, FUNK & POCH, PC** |
| By: /s/ Jill M. Gies<br>Office of the U.S. Trustee<br>211 West Fort St. – Suite 700<br>Detroit, MI 48226<br>(313) 226-7913<br>Jill.Gies@usdoj.gov<br>[P56345] | /s/ Cristie A. VanMassenhove<br>Attorney for Debtor<br>421 S. Ripley Boulevard<br>Alpena, Michigan 49707<br>(989) 356-2128<br>cristievanmassenhove@gmail.com<br>[P72704] |

Dated: February 23, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

In re:	Case No. 16-21964-dob

**Angela Jane-Howey Simpson,**	Chapter 7

    Debtor.	Hon. Daniel S. Opperman
_____/

# ORDER CONVERTING CASE TO CHAPTER 13

This case came before the Court on the motion of the United States Trustee for an order dismissing this case under § 707(b)(3) of the Bankruptcy Code, (Docket #13, the "Motion"). A Response was filed (Docket #17) and a hearing is scheduled for February 23, 2017. The Debtor filed a Motion to Convert Case to Chapter 13 on February 22, 2017 (Docket #22). The United States Trustee and the Debtor have agreed to resolve the Motion to Dismiss through the Debtor's voluntary conversion of this case to Chapter 13. The parties filed a stipulation for entry of an order converting this case. Accordingly,

**IT IS ORDERED** that the Motion is deemed resolved by this Order.

**IT IS FURTHER ORDERED** that this case is converted to a case under Chapter 13, effective immediately.

**IT IS FURTHER ORDERED** that the Debtor shall pay the applicable conversion fee within 7 days of entry of this Order.