# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

**In the Matter of:**

                                                **CHAPTER 13 PROCEEDING**

**ANGELA JANE-HOWEY SIMPSON**       **CASE NUMBER: 16-21964**
                                                **HONORABLE DANIEL S. OPPERMAN**

    **Debtor(s)**
_____/

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

      NOW COMES Thomas W. McDonald, Jr., Chapter 13 Trustee, and hereby objects to the debtor(s) Chapter 13 Plan as follows:

      1.      The debtor has failed to serve the Chapter 13 Trustee's Office with a true copy of the payment order as required by E.D. Mich. LBR 1007-1(c).

      2.      The debtor has failed to file a Statement of Attorney for Debtor Pursuant to F.R.Bankr.P. 2016(b).

      3.      The debtor's budget does not provide enough disposable income available to make payments as recited in the Chapter 13 plan.

      4.      Trustee's Office objects to the Class 5.1 treatment proposed to Xceed Financial Credit Union for the reason that the debt exceeds the fair market value and said creditor holds a non-purchase money security interest in collateral.

      5.      Debtor's Schedule I indicates payment of a Domestic Support Order, but has failed to indicate said individual creditor on Schedule E or Matrix

      6.      The debtor has not provided addresses for claims relating to domestic support obligations in order for the Trustee to send notice as required by 11 U.S.C. §1302(b)(6).

      7.      The plan does not provide that all of the debtor's projected disposable income will be applied to make payment under the plan contrary to 11 U.S.C. §1325(b)(1)(B).

      8.      The Trustee's Office objects to the student loan being paid directly by the debtor since an arrearage exists pursuant to L.B.R. 3070-1(E.D.M.).

      9.      The debtor has failed to provide documentation in support of debtor's new employment as required by 11 U.S.C. §521(a)(1)(B)(iv).

WHEREFORE, the Chapter 13 Trustee prays this Court deny Confirmation of the proposed Chapter 13 Plan.

Dated: March 30, 2017

/s/Thomas W. McDonald, Jr.
Thomas W. McDonald, Jr. (P32464)
Chapter 13 Trustee
3144 Davenport Avenue
Saginaw, Michigan 48602
Telephone: (989) 792-6766
ecf@mdonald13.org

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION**

**In the Matter of:**

                                        **CHAPTER 13 PROCEEDING**

**ANGELA JANE-HOWEY SIMPSON**    **CASE NUMBER: 16-21964**
                                        **HONORABLE DANIEL S. OPPERMAN**

      **Debtor(s)**
_____/

### CERTIFICATE OF SERVICE OBJECTION TO CONFIRMATION

      I, the undersigned, do hereby certify that on March 30, 2017, I have electronically filed the foregoing papers with the Clerk of the Court using the ECF systems which will send notification to any party registered with the ECF System, and hereby certify that I have mailed by United States Postal Service the Papers to the following non-ECF participants:

Angela Jane-Howey Simpson
9783 Teton Ridge
Gaylord, Michigan 49735

                                                    /s/Margaret A. Sporcic
                                                    Margaret A. Sporcic
                                                    Office of Thomas W. McDonald, Jr.
                                                    Chapter 13 Trustee
                                                    3144 Davenport
                                                    Saginaw, Michigan 48602
                                                    Telephone: (989) 792-6766
                                                    ecf@mcdonald13.org