UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

In the Matter of:

ANGELA JANE-HOWEY SIMPSON

    Debtor(s)
_____/

CHAPTER 13 PROCEEDING
CASE NUMBER: 16-21964
HONORABLE DANIEL S. OPPERMAN

Thomas W. McDonald, Jr.
Chapter 13 Trustee
3144 Davenport Avenue
Saginaw, Michigan 48602
Telephone: (989) 792-6766
ecf@mcdonald13.org                    /

## ORDER DENYING CONFIRMATION

The Chapter 13 Plan in this case having come on for Confirmation on April 27, 2017;

**IT IS HEREBY ORDERED** that Confirmation of the Plan is hereby denied.

.

Signed on April 28, 2017

                                    /s/ Daniel S. Opperman
                                    Daniel S. Opperman
                                    United States Bankruptcy Judge