UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN- NORTHERN DIVISION

**In the Matter of:**

**ANGELA JANE-HOWEY SIMPSON**

    Debtor(s)

                      /

**CHAPTER 13 PROCEEDING**
**CASE NUMBER: 16-21964**
**HONORABLE DANIEL S. OPPERMAN**

### NOTICE OF MOTION TO DISMISS

The Chapter 13 Trustee has filed papers with the court requesting to Motion to Dismiss the above debtor(s) case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the enclosed Motion to Dismiss, or if you want the court to consider your views on the Motion to Dismiss, within 14 days, you or your attorney must:

   1. File with the court a written response or an answer, explaining your position at:o

               U.S. Bankruptcy Court
               111 First Street
               P.O. Box 911
               Bay City, Michigan 48707

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

               You must also mail a copy to:

               Thomas W. McDonald, Jr.
               Chapter 13 Trustee
               3144 Davenport Avenue
               Saginaw, Michigan 48602
               Telephone: (989) 792-6766

    2. If a response or an answer is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

    **If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: May 16, 2017

                                          /s/Thomas W. McDonald, Jr.
                                          Thomas W. McDonald, Jr. (P32464)
                                          Chapter 13 Trustee
                                          3144 Davenport Avenue
                                          Saginaw, Michigan 48602
                                          Telephone: (989) 792-6766
                                          ecf@mcdonald13.org

               oResponse or answer must comply with F.R.Civ. P (8)(b), (c) and (e)

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN- NORTHERN DIVISION

**In the Matter of:**

**ANGELA JANE-HOWEY SIMPSON**

    **Debtor(s)**
_____/

CHAPTER 13 PROCEEDING
CASE NUMBER: 16-21964
HONORABLE DANIEL S. OPPERMAN

## MOTION TO DISMISS

NOW COMES Thomas W. McDonald, Jr., Chapter 13 Trustee, and states as follows:

   (1) That the debtor hereinabove filed a petition for a Chapter 7 Bankruptcy proceeding on November 6, 2016, Converted to Chapter 13 on February 23, 2017, and Confirmation was denied on April 28, 2017.

   (2) That the debtor hereinabove has failed to fulfill required conditions of her case as follows:

   a. Interim plan payments pursuant to the debtor's denied Chapter 13 plan were in the amount of $407.78 per month:

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 3/2017 | $407.78 | $408.00 | | ($0.22) |
| 2 | 4/2017 | $407.78 | | | $407.56 |
| 3 | 5/2017 | | | | $407.56 |

**Total Delinquent Amount: $407.56**

   b. The debtor has caused unreasonable delay that is prejudicial to creditors pursuant to 11 U.S.C. §1307(c)(1). The debtor has failed to file a confirmable Chapter 13 Plan.

   (3) That the debtor(s) acts, as described hereinabove, have caused unreasonable delay by failing to file a confirmable plan pursuant to 11 U.S.C. §1307(c)(1), and failure to commence making timely payments as required by 11 U.S.C. §1307(c)(4).

   **WHEREFORE,** the Chapter 13 Trustee prays this Honorable court to dismiss this case, and further requests that the Trustee be allowed reasonable time to submit a final report and account regarding the Debtor named hereinabove, and further relief deemed just by this court.

Dated: May 16, 2017

/s/Thomas W. McDonald, Jr.
Thomas W. McDonald, Jr. (P32464)
Chapter 13 Trustee
3144 Davenport Avenue
Saginaw, Michigan 48602
Telephone: (989) 792-6766
ecf@mcdonald13.org

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION**

**In the Matter of:**

                              **CHAPTER 13 PROCEEDING**
**ANGELA JANE-HOWEY SIMPSON**    **CASE NUMBER: 16-21964**
                              **HONORABLE DANIEL S. OPPERMAN**

    **Debtor(s)**

_____/

Thomas W. McDonald, Jr. (P32464)
Chapter 13 Trustee
3144 Davenport Avenue
Saginaw, Michigan 48602
Telephone: (989) 792-6766
ecf@mcdonald13.org

_____/

## ORDER DISMISSING CASE

Upon the motion of the Chapter 13 Trustee, pursuant to 11 USC §1307(c),

    **IT IS HEREBY ORDERED** that this case is:

    **1. DISMISSED**

    **2. IT IS FURTHER ORDERED** that:

    a. The Court retains jurisdiction to receive and pass upon the final report of the Chapter 13 Trustee and to make such further orders with the respect to fees, costs, other distribution and the discharge of the Chapter 13 Trustee as may be necessary or proper;

    b. The order previously entered, requiring the debtor(s) or another to pay over funds to the Trustee, is hereby vacated; and that said persons shall no longer be required to make such payments and are hereby released from further liability with respect thereto;

    c. The debtor(s) shall comply with the requirements of F.R. Bankr.P. 1019.

                                                    **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN- NORTHERN DIVISION**

**In the Matter of:**

                                         **CHAPTER 13 PROCEEDING**

**ANGELA JANE-HOWEY SIMPSON**    **CASE NUMBER: 16-21964**
                                         **HONORABLE DANIEL S. OPPERMAN**

      Debtor(s)
_____/

## CERTIFICATE OF SERVICE TRUSTEE'S MOTION TO DISMISS

I, the undersigned, do hereby certify that on May 16, 2017, I have electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to any party registered with the ECF System, and hereby certify that I have mailed by United States Postal Service the Papers to the following non-ECF participants:

Angela Jane-Howey Simpson
6109 Carriage Hill Drive
East Lansing, Michigan 48823-2219

                                              /s/Jennifer Drzewicki
                                              Jennifer Drzewicki
                                              Office of Thomas W. McDonald, Jr.
                                              Chapter 13 Trustee
                                              3144 Davenport Avenue
                                              Saginaw, Michigan 48602
                                              Telephone: (989) 792-6766
                                              ecf@mcdonald13.org