UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

ANGELA JANE-HOWEY SIMPSON

          Debtor.

CHAPTER 13 PROCEEDING
Case No.: 16-21964-dob
HONORABLE DANIEL S. OPPERMAN

_____/

## RESPONSE TO MOTION TO DISMISS

NOW COME the debtor herein, ANGELA JANE-HOWEY SIMPSON, by and through her attorney, Cristie A. VanMassenhove, and hereby answers the Trustee's Motion as follows:

1. Admit.

2. Denied as untrue. Debtor more specifically denies said allegation as follows:

    a. Denied as untrue as Debtor made a payment to the United States Trustee on or about 5/22/2017 in the amount of $408.00.

    b. Denied as untrue as the delay has only benefited Debtor's creditors. Debtor had been perusing acquiring a new vehicle, and if successful, it would have allowed her to surrender a 2009 Hyundai Santa Fe secured by a loan with Exceed Financial Credit Union (Docket No. 36 and 37). However, Debtor now is proposing to keep said 2009 Hyundai Santa Fe. Further, Debtor recently moved to East Lansing, Michigan for employment. Said move affected Debtor's income and expenses and now allows Debtor to have a more meaningful and confirmable plan. Debtor is filing a Modified Chapter 13 Plan contemporaneously with this response.

3. Denied as untrue.

THEREFORE, the Debtor respectfully requests this Honorable Court to DENY the Trustee's motion to dismiss.

Dated: May 31, 2017

                                          Respectfully Submitted,
                                          */s/Cristie A. VanMassenhove*
                                          By: Cristie A. VanMassenhove (P72704)
                                          Attorney for Debtor
                                          421 S. Ripley Blvd.
                                          Alpena, Michigan 49707
                                          (989) 356-2128

cristievanmassenhove@gmail.com