**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION**

In the Matter of:

                                            CHAPTER 13 PROCEEDING

**ANGELA JANE-HOWEY SIMPSON**        CASE NUMBER: 16-21964
                                            HONORABLE DANIEL S. OPPERMAN

       **Debtor**                             /

## ORDER CONFIRMING PLAN

      The debtor(s) Chapter 13 Plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The court hereby finds that each of the requirements for confirmation of a Chapter 13 Plan pursuant to 11 U.S.C. §1325(a) are met.

      Therefore, **IT IS HEREBY ORDERED** that the debtor(s) Chapter 13 Plan as last amended, if at all, is confirmed.

      **IT IS FURTHER ORDERED** that the claim of Cristie A. VanMassenhove, Attorney for debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,000.00 in fees, and that the portion of such claim which has not already been paid, to wit $2,260.00 shall be paid by the trustee as an administrative expense of this case.

      All timely filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the trustee is therefore **ORDERED** to make distribution on these claims pursuant to the terms of the Chapter 13 Plan, as well as all fees due the clerk pursuant to statute.

      **IT IS FURTHER ORDERED** that in Class V of the Plan, the term "crammed" refers to the bifurcation of a claim pursuant to 11 U.S.C. section 506 and is not applicable to 910 vehicle claims; and the term "modified" refers to a change in the interest rate or other terms not relating to collateral value, and the secured creditor will be paid equal monthly payments pursuant to the amount as recited in the claim.

      **IT IS FURTHER ORDERED** that Debtor's current domestic support obligation shall be paid directly by the Debtor outside of the Chapter 13 Plan, and current arrearage to be paid through the Chapter 13 plan.

Approved as to Form & Content:

/s/Thomas W. McDonald, Jr.                    /s/Cristie A. VanMassenhove
Thomas W. McDonald, Jr.  (P32464)        Cristie A. VanMassenhove (P72704)
Chapter 13 Trustee                                  Attorney for debtor
3144 Davenport Avenue                          421 S. Ripley Boulevard
Saginaw, Michigan 48602                       Alpena, Michigan 49707

Telephone: (989) 792-6766   Telephone: (989) 356-2128
ecf@mcdonald13.org          Email: CristieVanMassenhove@gmail.com

**Signed on August 18, 2017**



    **/s/ Daniel S. Opperman**
    **Daniel S. Opperman**
    **United States Bankruptcy Judge**