UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

**In re:**

| | |
|---|---|
| **ANGELA JANE-HOWEY SIMPSON** | **CHAPTER 13 PROCEEDING** |
| **(n/k/A ANGELA ARSENAULT)** | **CASE NO.: 16-21964-dob** |
| Debtor. | **HONORABLE DANIEL S. OPPERMAN** |

_____/

| | |
|---|---|
| Thomas W. McDonald, Jr. | CRISTIE A. VANMASSENHOVE (P72704) |
| Chapter 13 Trustee | Attorney for Debtor |
| 3144 Davenport Avenue | 421 S. Ripley Boulevard |
| Saginaw, Michigan 48602 | Alpena, Michigan 49707 |
| Telephone: (989) 792-6766 | (989) 356-2128 |
| ecf@mcdonald13.org | cristievanmassenhove@gmail.com |

_____/

## STIPULATION TO AMENDED PAYMENT ORDER

NOW COMES, the Debtor, ANGELA JANE-HOWEY SIMPSON (n/k/a ANGELA ARSENAULT), by and through her attorney, Cristie A. VanMassenhove, and THOMAS W. MCDONALD, JR., Chapter 13 Trustee and pursuant to E.D. Mich. LBR 1007-1(c)(4)(B), hereby stipulate and agree to amend the current Payment Order and agree to the entry of the proposed order attached as Exhibit A.

Stipulated and approved for entry:

Dated: 1/24/2018    /s/Thomas W. McDonald, Jr._____
    Thomas W. McDonald, Jr.
    Chapter 13 Trustee
    3144 Davenport Avenue
    Saginaw, Michigan 48602
    Telephone: (989) 792-6766
    ecf@mcdonald13.org

Dated: 1/24/2018    /s/Cristie A. VanMassenhove_____
    CRISTIE A. VANMASSENHOVE (P72704)
    Attorney for Debtors
    421 S. Ripley Boulevard
    Alpena, Michigan 49707
    (989) 356-2128
    cristievanmassenhove@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

**In re:**

| | |
|---|---|
| **ANGELA JANE-HOWEY SIMPSON** | **CHAPTER 13 PROCEEDING** |
| **(n/k/A ANGELA ARSENAULT)** | **CASE NO.: 16-21964-dob** |
| Debtor. | **HONORABLE DANIEL S. OPPERMAN** |

_____/

| | |
|---|---|
| Thomas W. McDonald, Jr. | CRISTIE A. VANMASSENHOVE (P72704) |
| Chapter 13 Trustee | Attorney for Debtor |
| 3144 Davenport Avenue | 421 S. Ripley Boulevard |
| Saginaw, Michigan 48602 | Alpena, Michigan 49707 |
| Telephone: (989) 792-6766 | (989) 356-2128 |
| ecf@mcdonald13.org | cristievanmassenhove@gmail.com |

_____/

## AMENDED PAYMENT ORDER

The above named Debtor(s) having filed a Petition for relief under Chapter 13 of the Bankruptcy Code, and upon motion of the Debtor(s) pursuant to L.B.R. 1007-1(c) (1)(A) (E.D.M.).

**IT IS HEREBY ORDERED** that Michigan State University, Attention: Karen - Payroll Department, 426 Auditorium Road Room 350, East Lansing, MI 48824, immediately forward and make payable to:

      Thomas W. McDonald, Jr.
      Chapter 13 Trustee
      P O Box 613286
      Memphis, TN 38101 – 3286

$ 275.00 per month until June 30, 2018 and $ 442.94 per month for 48 months, being from July 1, 2018 to July 31, 2022, of the Debtor(s)' future gross income until the further Order of the Court and that it cease and desist from giving effect to any prior or future garnishment or assignment of the Debtor(s)' income except for order for child support, or alimony, current withholding taxes, union dues, and medical or other insurance premiums.

EXHIBIT A